**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JAMES P. PIERRON,** | ) | |
| | ) | Case No. 09-56513 |
| **Debtor.** | ) | |
| | ) | Chapter 7 (Judge Preston) |
| **CUSTOM KILNS, INC.** | ) | |
| | ) | Adv. Pro. No. 10-02020 |
| **Plaintiff.** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JAMES P. PIERRON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO F.R.C.P.  41(a)(2)

Now comes Plaintiff, Custom Kilns, Inc. ("CKI"), by and through counsel, and files this

Motion respectfully requesting that this Adversary Proceeding be dismissed.  For cause, Plaintiff

would show that due to the exorbitant cost of the litigation in this cause, it is no longer in

Plaintiff's best interest to pursue this matter.   Plaintiff attempted to obtain a dismissal by

stipulation from Defendant, but such request was rejected. Support for this Motion is contained

in the attached Memorandum in Support.

Respectfully submitted,

/s/Robin H. Rasmussen_____
Robin H. Rasmussen (TN16865)
Hope B. Calabro (TN 22707)
DINKELSPIEL RASMUSSEN & MINK, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN  38120
Telephone:  (901) 756-2470
Facsimile:  (901) 756-7770
rrasmussen@drmlawmemphis.com
hcalabro@drmlawmemphis.com
Counsel for Plaintiff, Custom Kilns, Inc.

/s/ J. Matthew Fisher
J. Matthew Fisher        (0067192)
Allen Kuehnle Stovall & Neuman LLP
17 South High Street, Suite 1220
Columbus, OH  43215
Telephone:     (614) 221-8500
Facsimile:     (614) 221-5988
E-mail:        fisher@aksnlaw.com

## MEMORANDUM IN SUPPORT

F.R.C.P. 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  F.R.C.P. 41(a)(2) provides that an action may be dismissed at the plaintiff's request only by court order. Subsequent to the hearing held on June 19, 2012, on Defendant's Motion To Enjoin Plaintiff from Collection Actions and for Sanctions and this Court's decision to take the motion under advisement, after consultation with its counsel, Plaintiff has determined that it is not in its best interest to continue litigation in this Court due to the exorbitant cost of litigation. In an effort to avoid the expense of additional litigation and wasting of the Court's resources, Plaintiff request that this Court enter an order of dismissal.

Prior to filing this Motion to Dismiss, in a good faith effort to discuss the dismissal of this cause and in the hopes that a stipulation could be entered into concerning the dismissal of this case, counsel for Plaintiff's Counsel conferred with counsel for Defendant, Christopher L. Lardiere and Susan Rhiel. Defense counsel is unwilling to enter into a stipulation of such dismissal.

On June 20, 2012, Mr. Fisher and Ms. Rhiel left a voice mail, with the Court's staff attorney that Plaintiff would be filing this Motion. Later that day, Plaintiff's Counsel participated in a telephone conference with Defendant's counsels and the Court's staff attorney.  The parties acknowledged that the sole issue for determination is whether the Court in conjunction with the dismissal will retain jurisdiction to rule on Defendant's Motion to Enjoin/Sanctions. (Doc. 76) Plaintiff is confident said Motion to Enjoin/Sanction (Doc. 76) would be overruled by the Court, but will refrain from making additional arguments in this Motion to Dismiss, as all such arguments have been fully briefed and heard by the Court.  However, it should be noted that the

Motion to Enjoin (Doc. 76) is moot upon dismissal of the case since said Motion (Doc. 76)

requested an order enjoining Plaintiff from pursuing any and all collection against Defendant

ONLY during the pendency of this adversary proceeding. (Doc. 76).

      Wherefore, CKI respectfully requests that this Court issue an Order dismissing this case

pursuant to F.R.C.P. 41(a)(2).

Respectfully submitted,

/s/Robin H. Rasmussen_____
Robin H. Rasmussen (TN16865)
Hope B. Calabro (TN 22707)
DINKELSPIEL RASMUSSEN & MINK, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 756-2470
Facsimile: (901) 756-7770
rrasmussen@drmlawmemphis.com
hcalabro@drmlawmemphis.com
Counsel for Plaintiff, Custom Kilns, Inc.

/s/ J. Matthew Fisher_____
J. Matthew Fisher    (0067192)
Allen Kuehnle Stovall & Neuman LLP
17 South High Street, Suite 1220
Columbus, OH 43215
Telephone:    (614) 221-8500
Facsimile:    (614) 221-5988
E-mail:    fisher@aksnlaw.com

## NOTICE OF MOTION

Notice is hereby given that Plaintiff Custom Kilns, Inc. has filed the following papers with Court: **Plaintiff's Motion To Dismiss Pursuant to F.R.C.P. 41(a)(2).**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought, or if you want the Court to consider your views thereon, then, **PURSUANT TO LOCAL BANKRUPTCY RULE 7026-1, on or before five (5) days from the filing of this motion**, you or your attorney must:

File with the Court a written request for a hearing along with a written response or an answer explaining your position. This pleading must be filed at Clerk of Courts, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215. If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. The Court will send out a notice of hearing. You must also mail a copy of your response either by (1) the court's ECF System or by (2) regular U.S. Mail to:

Amy Bostic, Trustee
Luper, Neidenthal & Logan, LPA
50 West Broad Street, Suite 1200
Columbus,OH 43215

Susan L. Rhiel
Rhiel & Associates Co., LPA
394 East Town Street
Columbus, OH  43215,
*via electronic service*

Christopher L. Lardiere
100 East Broad Street, Suite 2100
Columbus, OH  43215
*Via electronic service*

Tiffany E. Cavanaugh
100 East Broad Street, Suite 2100
Columbus, OH  43214
*via electronic service*

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief pursuant to the provisions of Local Bankruptcy Rule 9013.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2012,  a copy of the foregoing *Plaintiff's Motion To Dismiss Pursuant to F.R.C.P. 41(a)(2)* was served on the following registered ECF participants, electronically through the court's ECF System at the e-mail addressed with the Court:

Tiffany Elaine Cavanaugh     tecavanaugh@eastmansmith.com, necallahan@eastmansmith.com; mlfowls@eastmansmith.com

J Matthew Fisher     fisher@aksnlaw.com, doan@aksnlaw.com

Christopher L Lardiere     cllardiere@eastmansmith.com, kmcooper@eastmansmith.com

Robin Hewes Rasmussen     rrasmussen@drmlawmemphis.com, kalexander@drmlawmemphis.com

Susan L Rhiel     pleadings@susanattorneys.com

Paul Preston Wilson     preston.wilson@gwsblaw.com, debbie@gwsblaw.com

And on the following by ordinary U.S. mail, postage prepaid upon:

Amy Bostic, Trustee
Luper, Neidenthal & Logan, LPA
50 West Broad Street, Suite 1200
Columbus,OH 43215

/s/Robin H. Rasmussen_____
Robin H. Rasmussen (TN16865)

6