**UNITED STATES BANKRUPTCY COURT**
**SOTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In re:**

| | | |
|---|---|---|
| **James P. Pierron,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |
| **Custom Kilns, Inc.** | ) | **Case no. 09-56513** |
| | ) | |
| **Plaintiff,** | ) | **Chapter 7 (Judge Preston)** |
| | ) | |
| **vs.** | ) | **Adv. Pro. No. 10-2020** |
| | ) | |
| **James P. Pierron,** | ) | |
| | ) | |
| **Defendant.** | ) | |

NOTICE OF STIPULATION OF DISMISSAL PURSUANT TO FRCP 41

COME NOW the parties, Plaintiff, Custom Kilns, Inc. (CKI) and Defendant, James P.

Pierron (Pierron) and announce to the Court, subject to the Court's approval, pursuant to FRCP

41(a)(1(A)(ii) that this case should be dismissed with prejudice.

APPROVED:

*/s/ Robin H. Rasmussen_____*
Robin H. Rasmussen (16865)
Hope B. Calabro (22707)
Dinkelspiel, Rasmussen & Mink, PLLC
1669 Kirby Parkway, Suite 106
Memphis, Tennessee  38120
Telephone:     (901) 759-2470
Facsimile:     (901) 759-7772
rrasmussen@drmlawmemphis.com

*/s/ J. Matthew Fisher*
J. Matthew Fisher (0067192)
Allen, Kuehnle, Stovall & Neuman, LLP
17 South High Street, Suite 1220
Columbus, Ohio 43215
Telephone:      (614) 221-8500
Facsimile:      (614) 221-5988
fisher@aksnlaw.com

*Counsel for Plaintiff, Custom Kilns, Inc.*

EASTMAN & SMITH LTD.

*/s/ Christopher L. Lardiere*
Christopher L. Lardiere (0020482)
100 East Broad Street, Suite 2100
Columbus, Ohio 43215
Telephone: (614) 564-1470
Facsimile: (614) 280-1777
clllardiere@eastmansmith.com

*Co-Counsel for Defendant, James P. Pierron*

EASTMAN & SMITH LTD.

*/s/ Tiffany E. Cavanaugh*
Tiffany E. Cavanaugh (0080982)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, OH 43699-0032
Telephone: (419) 241-6000
Facsimile: (419) 247-1777
tecavanaugh@eastmansmith.com

*Co-Counsel for Defendant, James P. Pierron*

*/s/ Susan L. Rhiel*
Susan L. Rhiel (0034533)
Rhiel & Associates Co., LPA
394 East Town Street
Columbus, Ohio 43215

*Counsel for Defendant, James P. Pierron*

2

Amy Bostic, Trustee
Luper, Neidenthal & Logan, LPA
50 West Broad Street, Suite 1200
Columbus, OH 43215